**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

ROBERT FRAZER
UNITED STATES ATTORNEY

*Jacob E. Heric*
Special Assistant U.S. Attorney

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
*Jacob.Heric@usdoj.gov*

*main: (973) 645-2700*
*direct: (973) 645-2709*

September 17, 2026

**SO ORDERED.**

Robert Kirsch, U.S.D.J.
DATE: September 18, 2026

**BY ECF**
Honorable Robert Kirsch, U.S.D.J.
United States District Court
Clarkson S. Fisher Building and U.S. Courthouse
402 East State Street
Trenton, NJ 08608

**Re: *Bustillo Portillo v. AFOD, et al.*, No. 26-12156 (RK)**
**Petitioner's Release**

Dear Judge Kirsch:

This Office represents Respondents in this habeas action. We respectfully write to report that U.S. Immigration and Customs Enforcement ("ICE") informed this Office that Petitioner was released from custody at approximately 5:25 p.m. on September 16, 2026.

On September 15, 2026, at approximately 4:38 p.m., the Court entered an order requiring Petitioner's release within 24 hours unless certain exceptions applied. *See* ECF No. 3. Upon receipt, this Office promptly conveyed the order to ICE. However, ICE released Petitioner approximately 47 minutes after the 24-hour deadline. Respondents sincerely apologize to the Court and Petitioner for this delay. As Petitioner has now been released, we respectfully request that the Court close this case and lift all temporary restraints. We thank the Court for its attention to this matter. Respectfully submitted,

ROBERT FRAZER
United States Attorney

By: *s/ Jacob E. Heric*
JACOB E. HERIC
Special Assistant United States Attorney
*Attorneys for Respondents*

cc: Counsel of Record (by ECF)